IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00537-GPG

JAMES G. ARNOLD,

    Plaintiff,

v.

TRIUMPH PROPERTIES, L.L.C., d/b/a Retreat at Harbor Cove,

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, James G. Arnold, initiated this action by filing *pro se* a "Complaint Pursuant to Americans With Disabilities Act: 42 U.S.C. § 2000a-6: et seq." (ECF No. 1). On March 26, 2015, Magistrate Judge Gordon P. Gallagher ordered Mr. Arnold to file an amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Mr. Arnold was warned that the action would be dismissed without further notice if he failed to file an amended complaint within thirty days.

Mr. Arnold has failed to file an amended complaint that complies with the pleading requirements of Rule 8 within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's March 26 order. Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with a court order. Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be

denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the "Complaint Pursuant to Americans With Disabilities Act: 42 U.S.C. § 2000a-6: et seq." (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Arnold failed to prosecute and comply with a court order.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   1st   day of    May         , 2015.

BY THE COURT:

    s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court